The second issue must also be resolved in favor of the taxpayer. Under the decisions of this Board in the *Appeal of Hotel De France Co.*, 1 B. T. A. 28, and the *Appeal of Grosvenor Atterbury*, 1 B. T. A. 169, the value of the lease may be amortized and an aliquot part deducted annually.

---

## Appeal of JOE SIEGEL, INC.      Docket No. 1739.

Submitted April 1, 1925; decided May 6, 1925.

*Harry Friedman, Esq.*, for the taxpayer.
*A. Calder Mackay, Esq.*, for the Commissioner.

Before GRAUPNER, LANSDON, and GREEN.

This is an appeal from a determination of a deficiency in income tax for the calendar year 1922. The appeal presents in substance the same question passed upon by this Board in the appeals of the *Carroll Chain Co.*, 1 B. T. A. 38, and the *Patapsco Ballast Co.*, 1 B. T. A. 1081. From the allegations of the petition which were admitted by the answer of the Commissioner, we make the following

### FINDINGS OF FACT.

The taxpayer is a New York corporation. On December 11, 1924, the taxpayer received the usual deficiency letter asserting a deficiency in the sum of $479.66. This corporation was organized early in the year 1921, having filed its certificate of incorporation on January 3 of that year and having received its authorization to do business on the 7th day of January. The corporation sustained a net loss of $5,344.97 in 1921, and so reported in its income-tax return. In its income-tax return for 1922 it set up the net loss for the year 1921 as a deduction, and after taking such deduction showed a net income of $492.32. The Commissioner disallowed the net-loss deduction upon the theory that the taxpayer had not had a full taxable year 1921.

### DECISION.

The deficiency determined by the Commissioner is disallowed.

---

## Appeal of MORRIS FEUER.      Docket No. 444.

Submitted March 30, 1925; decided May 6, 1925.

*David A. Ticktin, Esq.*, for the taxpayer.
*Laurence Graves* and *James T. Dortch, Esqs.*, for the Commissioner.

Before JAMES, STERNHAGEN, and TRUSSELL.

This appeal involves a deficiency in income taxes for the years 1919, 1920, and 1921, in the amount of $616,481.50, as set forth in the Commissioner's deficiency letter of August 28, 1924.